```
Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-000170-YNP |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS; |
|  | ) | AND ORDER THEREON |
| v. | ) |  |
| KIMBERLY JOHNSON, | ) |  |
| Defendant. | ) |  |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: August 17, 2009                              NATIONAL PARK SERVICE

                                                        /S/ Ed Dunlavey
                                                    Ed Dunlavey
                                                    Legal Officer

**ORDER**

It is so ordered:


IT IS SO ORDERED.

**Dated:   August 17, 2009**                         /s/ S. Allan Alexander
                                                    UNITED STATES MAGISTRATE JUDGE

1